# EXHIBIT A

| | |
|---|---|
| **Civil Court of the City of New York**<br>County of Queens | Index Number: **CV-024583-19/QU** |

---

Mario A Tapias
       Plaintiff(s)
-against-
Online Information Services Inc.
       Defendant(s)

**SUMMONS WITH ENDORSED COMPLAINT**
BASIS OF VENUE: Plaintiff's residence

Plaintiff's Address (s) :
Mario A Tapias
3040 21st Street Apt 407
Astoria, NY 11102-4455

---

To the named defendant (s)
Online Information Services Inc. (Deft), at 685 W Firetower Road, Winterville, NC 28590-9232

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Queens at the office of the Clerk of the said Court at **89-17 Sutphin Boulevard** in the **County of Queens, City and State of New York**, within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk; upon your failure to answer, judgment will be taken against you for the total sum of $5,000.00 and interest as detailed below.
Plaintiff's work sheet may be attached for additional information if deemed necessary by the clerk.

Date: July 12, 2019

                                     Alia Razzaq
                                     Chief Clerk

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows: **Personal Injuries; Failure to provide proper services; Loss of Personal Property for $5,000.00 with interest from 02/25/2019**
Online Information Services has improperly reported a debt, causing serve damages to my credit record and personal finances.

### *NOTE TO THE DEFENDANT

A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within **TWENTY** days after such service; or

B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed **THIRTY** days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.

C) Following CPLR 321(a) corporations must be represented by an attorney.

### * NOTE TO THE SERVER OF THE SUMMONS

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
*( See 22NYCRR, Section 130-1.1a)*

SIGN NAME: _[signature]_
PRINT NAME:   Mario A Tapias